

Friday, April 14, 2017

No. 17–0199/AF.  U.S. v. Ricky D. Chisum, Jr.  CCA S32311.  On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE MILITARY JUDGE'S FAILURE TO CONDUCT AN IN CAMERA REVIEW OF AND FAILURE TO DISCLOSE THE MENTAL HEALTH RECORDS OF AB AK AND AB CR DEPRIVED APPELLANT OF HIS RIGHT TO CONFRONT THE SOLE WITNESSES AGAINST HIM IN VIOLATION OF THE SIXTH AMENDMENT TO THE CONSTITUTION.

Briefs will be filed under Rule 25.

No. 17–0224/AR.  U.S. v. Jorge F. Acevedo.  CCA 20150076.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I.  WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED JUDGE BURTON'S MILITARY COMMISSION, BUT *SEE UNITED STATES v. ORTIZ*, NO. 16–0671/AF (C.A.A.F. 9 FEB. 2017).

II.  WHETHER, AS AN APPOINTED JUDGE OF THE CMCR, JUDGE BURTON WAS NOT AN APPELLATE MILITARY JUDGE UNDER THE UCMJ, BUT *SEE UNITED STATES v. ORTIZ*, NO. 16–0671/AF.

III.  WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL VIOLATED THE APPOINTMENTS CLAUSE, BUT SEE *UNITED STATES v. ORTIZ*, NO. 16–0671/AF.

IV.  WHETHER THE EVIDENCE IS LEGALLY INSUFFICIENT TO SUPPORT A CHARGE OF KIDNAPPING BY INVEIGLEMENT.

Briefs will be filed under Rule 25 on Issue IV only.